ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 22 2017
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER HILL

Criminal No. 17-156

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Christopher Hill, Inmate No. 149135, Year of Birth: 1988, Black, Male.

2. Detained by: Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for hearing at Pittsburgh, PA on July 20, 2017, at 1:30 pm, and it shall therefore be necessary for detainee to be present in Court at that time.

s/ Timothy M. Lanni
TIMOTHY M. LANNI
Assistant U.S. Attorney
PA ID No. 6312978

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

6/15/2017
DATE

Cynthia Reed Eddy
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
06/15/2017
ROBERT V. BARTH JR., CLERK
Sarah M. Sewall
Deputy Clerk

ORIGINAL

Return Unexecuted on writ at ACJ from serving sentence at SCI Somerset

6/20/17